**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Theodoros Zirinis

                            Plaintiff,

v.                                    Case No.:
                                    1:25−cv−13922

                                    Honorable Robert W.
                                    Gettleman

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 23, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: Plaintiff's motion for an extension of time [38] until July 13, 2026, to file the supplemental memorandum required by this Court's Order [30] is granted. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.