# EXHIBIT A
# Per-Defendant Investigation Summary

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 1 | LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi | Pinyin only (run-together) | Amazon | 山东省临沂市兰山区蒙山大道 美多大厦1113室, 276700 CN (Room 1113, Meiduo Building, Mengshan Ave., Lanshan Dist., Linyi, Shandong) | Amap/Baidu/Didi all return *no* match on Mengshan Avenue. Only a similarly-named building — "美多国际大厦" (Meiduo International Mansion) — locates 200m south of the Jucai Rd. / Langyawang Rd. church, on a different street. Named-building / wrong-street mismatch. **Tianyancha:** no exact-match registered entity under "临沂宇坤企业管理信息咨询有限公司"; multiple unrelated "临沂宇坤" entities exist but none match storefront name. | Named building exists at different street (CONFLICTING) + no matching registered entity | 1 | Email / Rule 4(f)(3) |
| 2 | WangBin75 | Storefront alias only (no SAMR-form name) | Amazon | 天河区 马蹄岗二巷10号201房, 广州市 广东 510599 CN (Rm 201, No. 10, Lane 2, Matigang, Tianhe Dist., Guangzhou) | Amap/Baidu: Lane 2, No. 10 does not exist (only Lane 1 #15 & #25, Lane 3 #10, and Lane 2 #1/#5/#28). Didi resolves a coordinate it labels "Lane 2 No. 10" — soft conflict, likely coordinate rounding. Sheet 2 lists two further distinct addresses across rows: Xichang, Sichuan and Yuzhong, Chongqing. Three provinces. **Tianyancha:** 广州贵高商贸有限公司 (USCC 91440101MA9UM8B45H, 法人 孔春鹰) found but **注销 (cancelled 2020-06-11)**, registered seat 黄埔区南湾社区南基天罡巷7号 (自主申报) — a **different district** from the claimed Tianhe address. Cancelled shell + self-declared address mismatch. | Three-province address conflict + cancelled shell at self-declared address in different district (CONFLICTING) | 1 | Email / Rule 4(f)(3) |
| 3 | WangHu2025 | Storefront alias matching legal-representative pinyin (王虎 → "WangHu") | Amazon | 小店区 龙堡街富力金禧城A3栋商铺201, 太原市 山西 030000 CN (Shop 201, Bldg. A3, Fuli Jinxi Cheng, Longbao St., Xiaodian Dist., Taiyuan) | Amap/Baidu/Didi all resolve to Building A3, Fuli Jinxi Cheng — building hit clean. Sheet 2 carries a second distinct Taiyuan address (营盘狄村东158号2户), but Tianyancha shows that address is **not** the registered seat. **Tianyancha MATCH:** 太原富达科贸有限公司 (USCC 91140105MA0M21G029, 法人 王虎, 存续/Active); registered seat 山西省太原市小店区龙堡街富力金禧城A3栋商铺201 — **exactly matches** the platform-disclosed address; storefront alias "WangHu2025" pinyin corresponds to legal representative 王虎. | Active registered entity at exact-match address; legal-rep ↔ storefront ID link via pinyin | 2 | Hague Central-Authority service |
| 4 | yiwushiyankuaidianzishangwuyouxiangongsi | Pinyin only (run-together) | Amazon | 平陆县 圣人涧镇职业中学斜对面往北100米, 运城市 山西 044300 CN ("100m north of the diagonal opposite of Shengrenjian Town Vocational Middle School," Pinglu County, Yuncheng) | Amap/Baidu/Didi: **the named school does not exist** in the area ("该地区没有叫做圣人涧镇职业中学的学校"). Landmark-only address with non-existent referent. Sheet 2 carries a Wenzhou, Zhejiang apartment address (灵溪镇上垟庄小区2-12-2-601). Cross-province conflict. **Tianyancha:** no exact-match registered entity under storefront name or Sheet 2 merchant name "运城市民生商贸有限公司"; only unrelated "运城市民生" gas-services entities exist. | Landmark referent does not exist (MANGLED) + cross-province raw (CONFLICTING) + no matching registered entity | 1 | Email / Rule 4(f)(3) |
| 5 | zzhir | Storefront alias only | Amazon | 木渎镇 金枫南路9号5幢205室206室042工位, 吴中区 苏州市 215128 CN (Workstation 042, Rms. 205/206, Bldg. 5, No. 9 Jinfeng S. Rd., Mudu Town, Wuzhong, Suzhou) | Amap resolves only to Building 5, Jinfeng Guoji ("only the building"). Baidu indexes the room down to workstation granularity and confirms Workstations **158 and 044** exist at Rms 205/206 — **Workstation 042 does not exist**. Didi further reports the building is in **Huqiu District, not Wuzhong District** — defendant's pleaded district is wrong. Sheet 2 carries Wenzhou, Zhejiang apartment 海景壹号10-2-901. **Tianyancha MATCH:** 苏州城之舟建筑工程有限公司 (USCC 91320505MA23ER9943, 法人 施仲秀, 在业) at this address with explicit **(集群登记)** "cluster-registration" notation at Workstation 042; tagged **被执行人 / 司法案件** (judgment debtor); pinyin homophone name (城之舟 vs. 成之洲) signals shell-naming evasion. | Virtual cluster-registration workstation 042; entity is judgment-debtor shell; wrong district; phonetic-homophone naming evasion (CONFLICTING + 集群登记) | 1 | Email / Rule 4(f)(3) |
| 6 | 淮音商贸行 (Huaiyin Trading) | Chinese trade name, sole-proprietor form (个体工商户/商贸行); no SAMR行政区划 prefix | Amazon | 林州市龙山街道西街红绿灯 向东200米路南101号, 安阳市 河南省 456500 CN ("No. 101 south side of road, 200m east of the West Street traffic light, Longshan Sub-dist., Linzhou, Anyang, Henan") | Amap/Baidu: the location at that landmark referent resolves to **林州市科鑫机械配件有限公司 (Linzhou Kexin Machinery Parts Co., Ltd.)** — a registered company that is not defendant. Didi can only resolve to subdistrict ("最多只能定位到龙山街道"). Sheet 2 carries Nantong, Jiangsu address (叠石桥叠林路3号). Cross-province conflict. **Tianyancha MATCH (Sheet 2 merchant name):** 林州市嘉诚职业技能培训有限公司 (USCC 91410581MAE2EQG54U, 法人 郑广庆, 存续, 自然人独资, est. 2024-10-09) at the same landmark address — but storefront 淮音商贸行 ≠ 嘉诚职业技能培训 (name mismatch) + 商贸行 vs. 培训 industry descriptor mismatch + recent (2024) shell + landmark-relative address inherently imprecise. | Address landmark resolves to different registered businesses (科鑫 on map; 嘉诚培训 in registry); storefront name does not match either (CONFLICTING) + cross-province raw | 1 | Email / Rule 4(f)(3) |
| 7 | heyuanzhangmaifuzhuang | Storefront alias only | Amazon | 镇海街道天妃路正荣财富中心D栋2975, 莆田市 荔城区 福建省 351100 CN (Unit 2975, Bldg. D, Zhengrong Fortune Center, Tianfei Rd., Zhenhai Sub-dist., Licheng Dist., Putian, Fujian) | Amap/Baidu/Didi: Block D of Zhengrong Fortune Center resolves at building level. Unit 2975 is a 4-digit sub-unit inside a shopping plaza — pattern consistent with a virtual / secretarial subdivision. Sheet 2 carries a Wuhan, Hubei address (中山路万金国际广场5号楼1413). Cross-province conflict. **Tianyancha:** no exact-match registered entity under storefront name, Sheet 2 merchant name "广州福迈商贸有限公司", or either claimed address; multiple unrelated "广州福迈" entities exist (机械/跨境贸易/农业/玩具) but none in "商贸" form. Three-province error (Guangdong reg-name + Fujian storefront + Hubei alt). | Building resolves at building level; unit-level virtual subdivision; cross-province raw; no matching registered entity (CONFLICTING + VIRTUAL) | 1 | Email / Rule 4(f)(3) |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 8 | dongguanshiyitefangzhipinyouxiangongsi | Pinyin only (run-together) | Amazon | 正荣财富 N座11-12号, 莆田市 荔城区 福建省 351100 CN (Units 11-12, Block N, Zhengrong Fortune Center, Licheng Dist., Putian, Fujian) | Amap/Baidu/Didi: **"正荣财富中心没有N座"** — Zhengrong Fortune Center *does not have a Block N*. (Compare Defendant 7, which is at real Block D of the same center.) Sheet 2 carries *two* distinct Taizhou, Zhejiang addresses. Defendant name claims Dongguan (Guangdong) origin; all three pled addresses are in Fujian or Zhejiang. **Tianyancha:** no exact-match under "东莞市依特纺织品有限公司"; multiple unrelated "东莞市依特" entities exist (依特璐织造 — 注销; 依特丽服饰 — 存续) in different industry forms. | Pled block (Block N) does not exist at the named center (GHOST) + cross-province raw + no matching registered entity | 1 | Email / Rule 4(f)(3) |
| 9 | 室厨垫品 (Shi Chu Dian Pin) | Chinese trade name only; no SAMR行政区划 prefix or 组织形式 suffix | Amazon | 郧西县 城关镇合和路1号双子楼（科创大厦）东楼17楼1701室-10019工位, 十堰市 湖北省 442699 CN (Workstation 10019, Rm 1701, 17F E. Tower, Shuangzi Bldg. / Innovation Bldg., No. 1 Hehe Rd., Chengguan Town, Yunxi County, Shiyan, Hubei) | Amap: building not found ("搜索结果中没有城关镇合和路1号双子楼"). Baidu: the 17th floor of the East Tower **is itself a co-working zone called "西加总部经济园" (Xijia Headquarters Economic Park)** — confirming a registry-broker / virtual-workstation pattern. Didi same as Amap. Sheet 2 carries Chao'an Dist., Chaozhou, Guangdong village address. Cross-province conflict. **Tianyancha:** no exact-match for corporate-form "郧西县林建商贸有限公司"; close match 郧西县林建装饰服务部 (USCC 92420322MAE0LJQX48, 个体工商户, 法人 陈世林) is a **different industry/ organizational form** (装饰服务 vs. 商贸; 个体工商户 vs. 有限公司). | 5-digit workstation inside confirmed co-working zone (VIRTUAL/集群登记) + cross-province raw + close-match is different business form | 1 | Email / Rule 4(f)(3) |
| 10 | dgzhumeng | n/a | Amazon | n/a | DISMISSED — no further investigation. | DISMISSED | n/a | n/a |
| 11 | WuAnShiJunHaoJianZhuYouXianGongSi | Pinyin only (run-together) | Amazon | 武安市西土山镇 西湖村村东100米, 邯郸市 河北省 056000 CN ("100m east of Xihu Village, Xitushan Town, Wu'an, Handan, Hebei") | Amap/Baidu/Didi: can only resolve to Xihu Village; no specific point matches "100m east of the village"; area too large for delivery. Sheet 2 carries a Xiayi County, Shangqiu, Henan village house-number (中峰乡朱营村二队239号). Cross-province conflict. **Tianyancha:** no exact-match for "武安市君昊建筑有限公司"; close match 武安市武安镇君昊电动车门市 (USCC 92130481MA0A3E3K3R, 个体工商户, 法人 李刚) is a **different business type and address** (electric-vehicle store at 同安街西, not 建筑/construction at 西湖村); business-scope and organizational-form mismatch. | Landmark-only village address (AREA-ONLY) + cross-province raw + close-match is different business type at different address | 1 | Email / Rule 4(f)(3) |
| 12 | finesty | Storefront alias only | Amazon | 沙头街道天安社区泰然九路 盛唐商务大厦东座1603T39, 福田区 深圳市 518042 CN (Unit T39, Suite 1603, E. Tower, Shengtang Commercial Bldg., Tairan 9th Rd., Tian'an Cmty., Shatou Sub-dist., Futian, Shenzhen) | Amap: cannot precisely locate East Tower of Shengtang Business Mansion. Baidu: resolves only to "盛唐商务大厦东座1603" — sub-cell **T39** is not indexed. Didi: only locates the building. The "1603T39" pattern is a virtual letterbox inside Suite 1603. Sheet 2 carries Wuhan, Hubei apartment. Cross-province conflict. **Tianyancha PHONETIC MATCH:** 武汉志昌行电子商务有限公司 (USCC 91420116MA4F329W96, 法人 杨志, **注销/cancelled**, 自然人独资) at Wuhan A区**G3**栋4单元9层2室 — **building-block mismatch** with Sheet 2 stated A区**C3**栋; phonetic homophone naming (志昌行 vs. 智畅行) signals shell-naming evasion; entity is defunct. | Virtual sub-cell T39 not indexed + cross-province raw + phonetic homophone entity is cancelled at different building (CONFLICTING + VIRTUAL) | 1 | Email / Rule 4(f)(3) |
| 13 | jiangBZ | n/a | Amazon | n/a | DISMISSED — no further investigation. (Sheet 2 row mapping tentative; seller_id linkage A2QIQQD0ZEMORL to be confirmed at handoff.) | DISMISSED | n/a | n/a |
| 14 | Tufeiwenhua | n/a | Amazon | n/a | DISMISSED — no further investigation. | DISMISSED | n/a | n/a |
| 15 | LRDHOQPW | n/a | Amazon | n/a | DISMISSED — no further investigation. | DISMISSED | n/a | n/a |
| 16 | shenzhenshiwokeyingkejiyouxiangongsi | Pinyin only (run-together) | Amazon | 福强社区华发北路5号龙胜手机市场2层北区2K26, 深圳市 福田区华强北街道 广东省 518000 CN (Stall 2K26, North Area, 2F, Longsheng Mobile Phone Market, No. 5 Huafa N. Rd., Fuqiang Cmty., Huaqiangbei Sub-dist., Futian, Shenzhen) | Amap: stall 2K26 not found. Baidu: **"只有…2K31，没有2k26"** — Baidu indexes the market down to individual stall codes; only Stall 2K31 exists at the same row/column; **Stall 2K26 does not exist**. Didi: can only resolve to Longsheng Accessories Market (area-only). Sheet 2 confirms no alternate addresses. Single-address GHOST: stall-granular ghost at a real, mapped commercial complex in central Huaqiangbei. **Tianyancha:** no exact-match for "深圳市沃科应科技有限公司"; phonetic-match shells exist (沃可赢/沃可盈/沃克映 — same pinyin, different characters, different legal-persons, different USCCs) but none match the storefront name; no registered entity at stall 2K26 matches the defendant. | Pled stall does not exist; Baidu confirms only Stall 2K31 in the row (GHOST) + multiple phonetic-shell pattern with no exact match | 1 | Email / Rule 4(f)(3) |
| 17 | Daboce | Vietnamese natural-person name (Sheet 2 merchant: DUC VAN VU) | Amazon | THÔN PHƯỢNG HOÀNG, CẨM HOÀNG, HUYỆN CẨM GIÀNG, TỈNH HẢI DƯƠNG 170000 VN (Phuong Hoang Hamlet, Cam Hoang Commune, Cam Giang District, Hai Duong Province, Vietnam) | Vietnam-resident defendant; served by email under Rule 4(f)(3) (see Memorandum § III.C). PRC map/registry tools are not applicable to a Vietnamese address. | Vietnam-resident defendant | n/a | Email / Rule 4(f)(3) |

| No. | Defendant | Name Form | Platform | Platform-Disclosed Address | Verification Result | Pathology | Tier | Proposed Service |
|---|---|---|---|---|---|---|---|---|
| 18 | HAMINHTHUAN | Vietnamese natural-person name (Sheet 2 merchant: HA MINH THUAN) | Amazon | THON HUONG MAN, XUAN HUONG, LANG GIANG, BAC GIANG 230000 VN (Huong Man Hamlet, Xuan Huong Commune, Lang Giang Dist., Bac Giang Province, Vietnam) | Vietnam-resident defendant; served by email under Rule 4(f)(3) (see Memorandum § III.C). Sheet 2 also lists a U.S. address — 4578 Dennis Rd, Walnut Grove, MS 39189 — which the China associate confirmed via USPS lookup is *not a deliverable address*. | Vietnam-resident defendant (U.S. address USPS-undeliverable) | n/a | Email / Rule 4(f)(3) |
| 19 | xiangyangshiwutingshangmaoyouxiangongsi 6677 | Pinyin only (run-together) + numeric suffix | Amazon | 市中区 和邦小区, 乐山市 四川 614000 CN (Hebang Residential Community, Shizhong Dist., Leshan, Sichuan) | Amap/Baidu/Didi: **"和邦小区是一个社区而不是具体的地址，范围太大，无法准确送达"** — Hebang Xiaoqu is a residential community, not a specific address; area too large for accurate delivery. No building, unit, or room number pled. Sheet 2 carries no more specific address across multiple rows. Defendant name claims Xiangyang (Hubei) origin; address is Leshan (Sichuan) — cross-province name/address mismatch. **Tianyancha PHONETIC MATCH:** 襄阳市雾挺商贸有限公司 (USCC 91420600MACWAU8PXT, 法人 朱滢珊, 存续, 自然人独资, est. 2023-09-14) registered in **Xiangyang** (Hubei) at 追日路9号汉北工业园3栋2楼103 (**住所申报**/declared residence in an industrial park) — **NOT** Leshan; phonetic homophone (雾挺 vs. 五亭) signals shell-naming; entity is in different city from pled address. | Community-only address — no building/unit pled (AREA-ONLY) + registered entity is in different province (Xiangyang) at 住所申报 declared-residence | 1 | Email / Rule 4(f)(3) |