# EXHIBIT B
# 中国关联被告尽职调查报告
# China-Associate Registry Diligence Report

# EXHIBIT B

### China-Associate Diligence Report

Defendants 3, 7, 9, 12 | June 23, 2026 · Declaration of Yanling Jiang

---

## Zirinis Case — 中国关联被告尽职调查报告 / China-Associate Registry Diligence Report

**案件 / Case:** Zirinis v. The Partnerships, N.D. Ill., Case No. 1:25-cv-13922

**调查方 / Investigating firm:** Yanling Jiang (JiangIP LLC)

**调查日期 / Date of investigation:** 2026年6月23日 / June 23, 2026

**Tianyancha 工商注册查询完成日期 / Tianyancha registry queries completed:** June 23, 2026

**被告范围 / Scope:** 4个工商注册导向被告 (Nos. 3, 7, 9, 12) — 共同特征为: 地图层面 (百度/高德/滴滴) 至少部分定位成功 (建筑级或楼层级), 但平台披露的具体单元/工位/子号在地图上无法独立验证, 且 Sheet 2 中存在跨省第二地址或字号/店铺名称不一致. 工商注册查询 (天眼查) 系判定平台被告与任一注册主体之间能否建立可服务身份的关键步骤.

*Scope: Four registry-focused defendants (Nos. 3, 7, 9, 12). Their common feature is that the mapping platforms (Baidu / Amap / Didi) achieved at least partial location (building or floor level), but the specific unit, workstation, or sub-number disclosed on the platform could not be independently verified on the maps, and Sheet 2 shows either a cross-province second address or an inconsistency between the SAMR-style trade name and the storefront name. The Tianyancha registry search is the decisive step for determining whether a serviceable identity can be established between the platform defendant and any registered entity.*

---

## 被告 No. 3 — WangHu2025 (注册中文名: 太原富达科贸有限公司)

**优先级 / Priority:** High | **平台 / Platform:** Amazon

**平台披露地址 / Platform-disclosed address:** 小店区 龙堡街富力金禧城A3栋商铺201, 太原市 山西 030000 CN

**Sheet 2 注册商家名 (merchant_name):** TaiYuanFuDaKeMaoYouXianGongSi

**Sheet 2 第二地址 (同一 seller_id A2TBR4P9SE28Y4 项下):** 小店区 营盘狄村东158号2户, 太原市 山西

### A. 工商注册查询 (天眼查 / 企查查) / Business-registry search (Tianyancha / Qichacha)

**Name search — 已完成 (2026-06-23, Tianyancha):**

- 搜索版本 "太原富达科贸有限公司": **MATCH FOUND** (Tianyancha ID: 6476756750)

- 其他搜索版本 ("太原福达科贸" / "太原市福达科贸有限公司" / 平台店铺名 "WangHu2025"): no additional match

**Registered-entity record (太原富达科贸有限公司):**

- 统一社会信用代码 / USCC: **91140105MA0M21G029**
- 法定代表人 / Legal person: **王虎**
- 登记状态 / Reg status: **存续** (Active / Existing)
- 注册资本 / Reg capital: 10万人民币 (RMB 100,000)
- 登记机关 / Reg institute: 太原市小店区市场监督管理局
- 注册地址 / Registered address: **山西省太原市小店区龙堡街富力金禧城A3栋商铺201**
- 企业类型 / Org type: 有限责任公司(自然人投资或控股)
- 成立日期 / Est date: 2023-09-06
- 经营范围 / Scope: 软件开发; 科技中介服务; 信息咨询服务; 教育咨询服务; 体育赛事策划; 体育用品及器材零售; 互联网销售; 互联网数据服务; 信息系统集成/运行维护/咨询服务; 大数据服务; 数据处理及存储支持服务; 计算机系统服务; 物联网技术研发及设备销售制造; 人工智能通用/行业/基础/理论算法/应用软件开发; 网络文化经营 (摘录)

*Business scope (excerpt): software development; technology intermediary services; information consulting; education consulting; sports-event planning; retail of sporting goods and equipment; internet sales; internet data services; information-system integration / maintenance / consulting; big-data services; data processing and storage support; computer system services; IoT technology R&D and equipment sales and manufacturing; AI algorithm and application-software development; online cultural operations.*

**Address search — 已完成:**

- 地址1 (小店区龙堡街富力金禧城A3栋商铺201): 系上述注册主体的唯一登记住所; 注册地址与平台披露地址**完全一致**.
- 地址2 (小店区营盘狄村东158号2户): 未返回任何与本被告相关的注册主体; 不是上述实体的注册住所.

*Address 1 (Shop 201, Bldg. A3, Fuli Jinxi Cheng) is the entity's sole registered domicile, and it matches the platform-disclosed address exactly. Address 2 (No. 158-2, east of Yingpandi Village) returned no registered entity connected to this defendant and is not the entity's registered domicile.*

**B. 地图验证 (摘要) / Map verification (summary)**

- 富力金禧城 A3 栋 √ 三个平台均可定位至楼栋
- 商铺 201 号 — 楼宇级解析成功, 单元级未独立确认 (与 Exhibit C 的 9 个 map-led 被告不同, 本被告无 "单元不存在" 的负面发现)

- 备注: 邮政编码 030000 系太原市通用邮编, 小店区精确邮编应为 030032 — 软信号, 不构成定性瑕疵

*Baidu / Amap / Didi located Building A3 of Fuli Jinxi Cheng at the building level; Shop 201 resolved at the building level, with no "unit does not exist" negative finding (unlike the nine map-led defendants in Exhibit C). Postal code 030000 is Taiyuan's generic code, and the precise Xiaodian District code is 030032 — a soft signal only, not a qualitative defect.*

## C. 互联网核查 / Internet cross-check

- 注册商家名 "TaiYuanFuDaKeMaoYouXianGongSi" 系拼音连写 "太原福达科贸有限公司"; 但 Tianyancha 唯一命中为 "太原富达科贸有限公司" (富 vs. 福 — 同音异字). 此为 SAMR 字号同音异字现象, 但在工商系统中两者为不同主体.
- 平台店铺名 "WangHu2025" 与注册主体名之间无字面对应, 但 **法定代表人 "王虎"** 的拼音 "WangHu" 即平台店铺名的拼音字面. **平台店铺名指向注册主体的法定代表人个人 (王虎), 而非主体本身.** 此系本案唯一可建立的平台被告 ↔ 注册主体身份链.

*The Sheet 2 merchant name is the run-together pinyin for* 太原福达科贸有限公司 *(福), but the only Tianyancha hit is* 太原富达科贸有限公司 *(富) — homophones with different characters, and in the registry two distinct entities. The storefront "WangHu2025" has no literal correspondence to the entity name; the legal representative* 王虎*'s pinyin ("WangHu") is its pinyin, so the storefront points to the legal representative individually rather than to the entity. This is the only serviceable platform-defendant ↔ registered-entity identity link established in the case.*

## D. 总体结论 / Overall conclusion

## (c) 名称与地址均可确认对应活跃注册主体 — Tier 2 (Hague Central-Authority service candidate)

- 注册主体 "太原富达科贸有限公司" (USCC 91140105MA0M21G029) 处于 **存续** 状态, 注册地址与平台披露地址**完全一致**.
- 平台店铺名通过法定代表人姓名拼音 ("王虎" → "WangHu") 与注册主体建立可服务身份链.
- Sheet 2 第二地址系同一 seller_id 的备用登记项, 但**不**是注册住所; 不影响向注册住所的服务可行性.
- 本被告系本案 13 名活跃中国被告中**唯一**满足 *Lukken* 四要素 (名称+地址+主体性+联系点) 的候选, 应通过海牙公约中央机关 (PRC Ministry of Justice) 路径服务于注册住所及法定代表人.

*The registered entity* 太原富达科贸有限公司 *(USCC 91140105MA0M21G029) is Active, and its registered address matches the platform-disclosed address exactly. The storefront links to the entity through the legal representative's pinyin (*王虎 *→ "WangHu"). The Sheet 2 second address is an alternate registration item, not the registered domicile, and does not affect service feasibility. This defendant is the only one of the 13 active Chinese defendants that satisfies the four Lukken factors (name + address +*

*entity status + contact point), and should be served at the registered domicile and on legal representative* 王虎 *through the Hague Central Authority (PRC Ministry of Justice).*

---

## 被告 No. 7 — heyuanzhangmaifuzhuang

**优先级 / Priority:** High | **平台 / Platform:** Amazon
**平台披露地址 / Platform-disclosed address:** 镇海街道天妃路正荣财富中心D栋2975, 莆田市 荔城区 福建省 351100 CN
**Sheet 2 注册商家名 (merchant_name):** guangzhoufumaishangmaoyouxiangongsi
**Sheet 2 第二地址 (同一 seller_id A377AZQFIOWAJC 项下):** 中山路万金国际广场5号楼1413, 武昌区 武汉市 湖北 430061

### A. 工商注册查询 (天眼查 / 企查查) / Business-registry search (Tianyancha / Qichacha)

**Name search — 已完成 (2026-06-23, Tianyancha):**

- 搜索版本 "广州福迈商贸有限公司" / "广州富迈商贸有限公司" / "广州富麦商贸有限公司" / "广州市富迈商贸有限公司" / 店铺名 "heyuanzhangmaifuzhuang": **NO EXACT MATCH FOUND**.
- 数据库中存在数家含 "广州福迈" 字号的实体 (机械/跨境贸易/农业/玩具), 但均非 "商贸有限公司" 形式, 字号 + 行业表述 + 组织形式三要素无一同时匹配 Sheet 2 注册商家名形态.

*Several entities bearing a "Guangzhou Fumai" trade name exist (machinery / cross-border trade / agriculture / toys), but none is in "trading company" form, and none matches the Sheet 2 merchant name on all three SAMR elements (trade name + industry descriptor + organizational form).*

**Address search — 已完成:**

- 地址1 (莆田市荔城区镇海街道天妃路正荣财富中心D栋2975): 未返回任何与本被告相关的注册主体.
- 地址2 (武汉市武昌区中山路万金国际广场5号楼1413): 未返回任何与本被告相关的注册主体.

*Address 1 (Unit 2975, Bldg. D, Zhengrong Fortune Center, Putian) and Address 2 (Unit 1413, Bldg. 5, Wanjin International Plaza, Wuhan) each returned no registered entity connected to this defendant.*

**Registered-entity record: NONE.** 平台店铺名、Sheet 2 注册商家名、以及两个跨省地址均无可对应的注册法人主体.

*Registered-entity record: none. Neither the storefront name, the Sheet 2 merchant name, nor either cross-province address corresponds to any registered legal entity.*

## B. 地图验证 (摘要) / Map verification (summary)

- 正荣财富中心 D 座 √ 百度/高德/滴滴三个平台均可定位至楼栋级
- 单元号 2975 — 4 位数字子单元在大型商业综合体内通常为商务秘书/虚拟办公子分隔; 地图无独立 pin 至单元层面
- 本案被告 No. 8 同一楼宇综合体申报 "正荣财富 N座11-12号" — N 座经三平台确认**不存在** (见 Exhibit C)

*Block D of Zhengrong Fortune Center resolved at the building level on all three platforms. Unit 2975, a four-digit sub-unit inside a large commercial complex, is typically a business-secretarial / virtual-office subdivision, with no independent map pin at the unit level. Defendant No. 8 declared an address in the same complex ("Block N, Nos. 11-12"), and Block N was confirmed not to exist (Exhibit C) — one building, two defendants, one with a likely-virtual unit and one with a fictitious block.*

## C. 互联网核查 / Internet cross-check

- 注册商家名字面含 "广州" 行政区划起首, 但 Sheet 2 列示的两个地址 (莆田 + 武汉) 均不在广州 — 三省错位; SAMR 三要素无一与任何已登记主体完全匹配.
- 店铺名 "heyuanzhangmaifuzhuang" 系商品/品类描述, 不符合 SAMR 字号规范.

*The merchant name begins with the "Guangzhou" administrative-region prefix, yet both Sheet 2 addresses (Putian + Wuhan) are elsewhere — a three-province mismatch (Guangdong + Fujian + Hubei); none of the three SAMR elements fully matches any registered entity. The storefront name is a product/category description and does not conform to SAMR trade-name conventions.*

## D. 总体结论 / Overall conclusion

### (d) 无法确认名称或地址 — Tier 1 (Email / Rule 4(f)(3) under Hague Article 1 unknown-address)

- Tianyancha 经穷尽 SAMR 四要素重构 + 两个跨省地址检索, 均未返回任何与本被告对应的注册法人主体.
- 跨省三地错位结构 (广东注册名 + 福建店铺地 + 湖北备用地) 强烈指向虚拟注册/名义地址链, 无任何一处可定性为真实经营所在地.
- 同建筑内本案另一被告 (No. 8) 申报不存在的 N 座 — 进一步提示该楼宇为 Schedule A 反复使用的虚拟注册节点.

*After exhaustive four-element reconstruction and searches on both cross-province addresses, Tianyancha returned no registered legal entity corresponding to this defendant. The three-province mismatch structure (Guangdong registration name + Fujian storefront + Hubei alternate) strongly indicates a virtual-registration / nominal-address chain, with no single location qualifying as a genuine place of business — reinforced by the non-existent Block N declared by No. 8 in the same building, suggesting the building is a virtual-registration node reused across Schedule A cases.*

## 被告 No. 9 — 室厨垫品 (Shi Chu Dian Pin)

**优先级 / Priority:** High | **平台 / Platform:** Amazon

**平台披露地址 / Platform-disclosed address:** 郧西县 城关镇合和路1号双子楼（科创大厦）东楼17楼1701室-10019工位, 十堰市 湖北省 442699 CN

**Sheet 2 注册商家名 (merchant_name):** yunxixianlinjianshangmaoyouxiangongsi

**Sheet 2 第二地址 (同一 seller_id A34PNW3EFY5BQM 项下):** 归湖镇白藤坑村2号, 潮安区 潮州市 广东省 515655

### A. 工商注册查询 (天眼查 / 企查查) / Business-registry search (Tianyancha / Qichacha)

**Name search — 已完成 (2026-06-23, Tianyancha):**

- 搜索版本 "郧西县林建商贸有限公司" 等 / 店铺名 "室厨垫品": **NO EXACT MATCH for the corporate-form name.**
- **CLOSE MATCH (different business type):** 郧西县林建装饰服务部（个体工商户） — USCC **92420322MAE0LJQX48**, 法人 **陈世林**, 存续 (Active), 个体工商户 (Individual business), 成立 2024-10-10.
- 业务类型与名称均不匹配 Sheet 2 注册商家名: Sheet 2 为 "林建商贸有限公司" (有限公司), Tianyancha 命中为 "林建装饰服务部" (个体工商户). 字号 (林建) 同音; 行业表述 (商贸 vs. 装饰服务) 不同; 组织形式 (有限公司 vs. 个体工商户) 不同.

*Both business type and name mismatch the Sheet 2 merchant name: Sheet 2 gives a corporate-form "trading company," while the Tianyancha hit is a sole-proprietor "decoration-services department." The trade name (Linjian) is homophonic; the industry descriptor differs (trading vs. decoration services); and the organizational form differs (limited company vs. individual business). The close match is therefore a different entity, not the defendant.*

**Address search — 已完成:**

- 地址1 (合和路1号双子楼东楼17楼1701室-10019工位): 未返回任何注册在该 5 位数字工位的法人主体.
- 地址2 (潮州市潮安区归湖镇白藤坑村2号): 未返回任何与本被告相关的注册主体.

*Address 1 (Workstation 10019, Rm 1701, 17F East Tower, Shuangzi Bldg.) returned no legal entity registered at that five-digit workstation; Address 2 (No. 2, Baitengkeng Village, Guihu Town, Chaozhou) returned no registered entity connected to this defendant.*

**特别核查 — 西加总部经济园 集群注册:** 百度地图独立确认 "城关镇合和路1号双子楼东楼17楼" 系 **"西加总部经济园"** (Xijia Headquarters Economic Park) — 政策推广的"企业集群注册登记"园区. 工位号 "10019" 为 5 位数字子单元, 系该园区批量切分的虚拟工位编码; 不构成可服务的物理场所.

*Special check — Xijia Headquarters Economic Park cluster registration: Baidu Maps independently confirmed that the 17th floor of the East Tower is the "Xijia Headquarters Economic Park," a policy-*

*promoted "enterprise cluster-registration" park. Workstation "10019" is a five-digit sub-unit — a virtual workstation code from the park's bulk subdivision — not a serviceable physical location.*

## B. 地图验证 (摘要) / Map verification (summary)

- 高德 / 滴滴: 搜索结果中未包含 "城关镇合和路1号双子楼" — 无法定位
- 百度: 可定位至双子楼东楼 17 楼, 该层为 "西加总部经济园" 共享办公园区
- 工位号 "10019" 为 5 位数字子单元 — 共享办公园区典型工位编码

*Amap / Didi did not return the Shuangzi Building and could not locate it. Baidu located the 17th floor of the East Tower, which is the "Xijia Headquarters Economic Park" shared-office park. "10019" is a five-digit workstation code typical of such shared-office parks.*

## C. 互联网核查 / Internet cross-check

- "西加总部经济园" 园区名称本身即为 *Lukken* 关键信号 — 园区性质即批量注册地.
- Sheet 2 第二地址为广东省潮州市一个村级地址, 跨省错位, 性质完全不同 (湖北共享办公工位 vs. 广东村级住宅).
- 店铺名 "室厨垫品" 系商品/品类描述, 不符合 SAMR 字号规范.

*The park name "Xijia Headquarters Economic Park" is itself a key Lukken signal — its nature is that of a bulk registration site. The Sheet 2 second address is a village-level address in Chaozhou, Guangdong — a cross-province mismatch of an entirely different character (a Hubei shared-office workstation vs. a Guangdong village residence). The storefront name is a product/category description that does not conform to SAMR conventions.*

## D. 总体结论 / Overall conclusion

### (d) 无法确认名称或地址 — Tier 1 (Email / Rule 4(f)(3) under Hague Article 1 unknown-address)

- Tianyancha 未返回任何与 Sheet 2 注册商家名 (有限公司) 对应的注册主体; 同字号 close match 系个体工商户装饰服务部, 系不同主体.
- "10019 工位" 系百度确认的 "西加总部经济园" 共享办公园区批量虚拟工位编码; 即便有主体登记于此, 亦系程序性登记地, 而非可服务的实际经营场所.
- Sheet 2 跨省第二地址 (广东村级) 性质完全不同, 进一步指向无单一可服务的物理场所. 此为本案最强的"集群注册 + 虚拟工位"复合 *Lukken* 信号.

*Tianyancha returned no entity matching the corporate-form Sheet 2 name; the trade-name close match is a sole-proprietor decoration-services department — a different entity. "Workstation 10019" is, per Baidu, a bulk virtual workstation in the Xijia shared-office park; even a registration there is a procedural registration site, not a serviceable place of business. The Guangdong village second address is of an entirely different character, confirming there is no single serviceable location. This is the case's strongest combined "cluster-registration + virtual-workstation" Lukken signal.*

## 被告 No. 12 — finesty

**优先级 / Priority:** High | **平台 / Platform:** Amazon

**平台披露地址 / Platform-disclosed address:** 沙头街道天安社区泰然九路 盛唐商务大厦东座 1603T39, 福田区 深圳市 518042 CN

**Sheet 2 注册商家名 (merchant_name):** WuhanzhichangxingdianzishangwuCo.,Ltd

**Sheet 2 第二地址 (同一 seller_id A3MCMK7OMNCZ31 项下):** 盘龙城经济开发区名流人和天地怡和园A区C3栋4单元9层2室, 黄陂 武汉 湖北 430342

### A. 工商注册查询 (天眼查 / 企查查) / Business-registry search (Tianyancha / Qichacha)

**Name search — 已完成 (2026-06-23, Tianyancha):**

- 搜索版本 "武汉职场新店电子商务有限公司" / "武汉智昌兴电电子商务有限公司": no exact match.
- **PHONETIC MATCH (same pinyin, different characters):** 武汉志昌行电子商务有限公司 — USCC **91420116MA4F329W96**, 法人 **杨志**, **注销** (Cancelled), 有限责任公司(自然人独资), 成立 2021-09-24; 注册地址 湖北省武汉市黄陂区盘龙城经济开发区名流·人和天地怡和园A区**G3栋**4单元9层2室.
- 名称对应: Sheet 2 拼音对应 "智畅行" (Zhì Chàng Xíng), Tianyancha 命中为 "志昌行" (Zhì Chāng Xíng) — 同拼音, 不同汉字 (shell-company 命名规避的 Lukken-grade 信号).

*Name correspondence: the Sheet 2 name corresponds in pinyin to 智畅行 (Zhì Chàng Xíng), while the Tianyancha hit is 志昌行 (Zhì Chāng Xíng) — same pinyin, different characters; a Lukken-grade signal of shell-company naming evasion.*

**Address search — 已完成:**

- 地址1 (盛唐商务大厦东座1603T39): 未返回任何注册在 T39 子号的法人主体.
- 地址2 (怡和园A区C3栋4单元9层2室): Tianyancha 命中之实体注册地址为 **A区G3栋**, 与 Sheet 2 列示 **A区C3栋** — 同小区不同栋号; 房号单元号 (4单元9层2室) 一致.

*Address 1 (Unit T39, Suite 1603) returned no legal entity registered at the T39 sub-number. At Address 2, the Tianyancha entity is registered at Bldg. G3, Zone A, versus the Bldg. C3, Zone A listed in Sheet 2 — same residential compound, different building number; the room/unit designation (Unit 4, 9F, Rm 2) is identical.*

**特别核查 — 盛唐商务大厦 子单元 T39 集群注册:** 百度地图已确认 "盛唐商务大厦东座1603" 真实存在, 但 **未索引 T39 子号**. "1603T39" 系 Suite 1603 内部进一步切分的虚拟信箱子单元. Tianyancha 未在 Suite 1603 范围内返回任何注册主体, 印证 T39 系虚拟信箱.

*Special check — sub-unit T39 cluster registration: Baidu Maps confirmed that "Suite 1603, East Tower, Shengtang Commercial Bldg." exists but did not index the T39 sub-number. "1603T39" is a virtual-*

*mailbox sub-unit created by further subdividing Suite 1603; Tianyancha returned no entity anywhere within Suite 1603, confirming that T39 is a virtual mailbox.*

## B. 地图验证 (摘要) / Map verification (summary)

- 高德: 无法准确定位至盛唐商务大厦东座
- 百度: 可定位至 "盛唐商务大厦东座1603" 套间级, 但 T39 子号未索引
- 滴滴: 仅可定位至大厦本身
- 武汉 (Sheet 2 第二地址) 系住宅小区单元; Tianyancha 命中之相关实体登记于同小区 G3 栋 (栋号不一致), 该实体已 **注销**.

*Amap could not precisely locate the East Tower; Baidu located "Suite 1603, East Tower" at the suite level, but the T39 sub-number is not indexed; Didi located only the building. The Wuhan address (Sheet 2 second address) is a residential-compound unit; the related Tianyancha entity is registered at Bldg. G3 of the same compound (inconsistent building number) and has been cancelled.*

## C. 互联网核查 / Internet cross-check

- Tianyancha 同音异字命中 (志昌行 vs. 智昌行) 系典型 shell-company 命名规避; 命中实体已 **注销**, 即便栋号一致亦不构成可服务的活跃主体.
- 跨省 + 商业子单元 vs. 住宅单元 + 同小区不同栋号的样态对比, 是 Article 1 + *Lukken* 双重论点的典型素材.
- 深圳 "1603T39" 系未索引的虚拟子号.

*The homophonic hit (志昌行 vs. 智昌行) is a textbook shell-company naming evasion; the matched entity is cancelled, so even a matching building number would not make it a serviceable active entity. The pattern — cross-province, a commercial sub-unit vs. a residential unit, same compound but different building number — is classic Article 1 + Lukken material. The Shenzhen "1603T39" is an unindexed virtual sub-number.*

## D. 总体结论 / Overall conclusion

### (d) 无法确认名称或地址 — Tier 1 (Email / Rule 4(f)(3) under Hague Article 1 unknown-address)

- 唯一同音命中之主体 "武汉志昌行电子商务有限公司" (USCC 91420116MA4F329W96, 法人 杨志) 已 **注销**, 注册栋号 (A区G3栋) 与 Sheet 2 披露栋号 (A区C3栋) 不一致.
- 深圳 "1603T39" 子号经百度确认未在 Suite 1603 索引中出现, Tianyancha 亦无任何主体登记于该子号 — 系虚拟信箱.
- 字号同音异字 + 主体已注销 + 跨省栋号不一致 + 虚拟子号 — 综合无任何可服务的活跃注册主体.

*The only homophonic hit, 武汉志昌行电子商务有限公司 (USCC 91420116MA4F329W96, legal rep 杨志), has been cancelled, and its registered building number (Bldg. G3, Zone A) is inconsistent with the*

*building number disclosed in Sheet 2 (Bldg. C3, Zone A). Baidu did not index the Shenzhen "1603T39," and Tianyancha shows no entity at that sub-number — a virtual mailbox. Homophonic substitution + a cancelled entity + a cross-province building-number inconsistency + a virtual sub-number: no serviceable active registered entity.*

---

## 总结与关键发现 / Summary and Key Findings

| 被告编号<br>Def. No. | 平台名称<br>Storefront | Sheet 2 注册商家名<br>Sheet 2 merchant name | 工商注册查询结果<br>Registry search result | USCC / 法人 / 状态<br>USCC / Legal rep / Status | 总体结论<br>Overall conclusion |
|---|---|---|---|---|---|
| No. 3 | WangHu2025 | TaiYuanFuDaKeMaoYouXianGongSi | **MATCH: 太原富达科贸有限公司** — registered address matches platform address exactly | 91140105MA0M21G029 / 王虎 Wang Hu / **存续 Active** | **(c) Tier 2 — Hague Central Authority** |
| No. 7 | heyuanzhangmaifuzhuang | guangzhoufumaishangmaoyouxiangongsi | NO MATCH — three-province mismatch; no entity after four-element reconstruction and both address searches | — / — / — | (d) Tier 1 — Email / Rule 4(f)(3) |
| No. 9 | 室厨垫品 Shi Chu Dian Pin | yunxixianlinjianshangmaoyouxiangongsi | NO MATCH for corporate form; close match (林建装饰服务部) is a different business type / organizational form | 92420322MAE0LJQX48 (close match, 个体工商户 individual business, not defendant) / 陈世林 Chen Shilin / 存续 Active | (d) Tier 1 — Email + Xijia HQ Economic Park cluster-registration *Lukken* signal |
| No. 12 | finesty | WuhanzhichangxingdianzishangwuCo.,Ltd | PHONETIC MATCH — 志昌行 vs. 智畅行 | 91420116MA4F329W96 / 杨志 Yang Zhi / **注销 Cancelled** | (d) Tier 1 — Email; T39 is a |

| 被告编号<br>Def.<br>No. | 平台名称<br>**Storefront** | Sheet 2 注册商家名<br>**Sheet 2 merchant name** | 工商注册查询结果<br>**Registry search result** | USCC / 法人 / 状态<br>**USCC / Legal rep / Status** | 总体结论<br>**Overall conclusion** |
|---|---|---|---|---|---|
| | | | (homophone); entity cancelled; building number inconsistent | | virtual mailbox |

## 关键法律支持点 / Key Legal Support Points

**1. 名称完整性缺失:** 4 个被告的平台标识符均不符合 SAMR 四要素结构. 仅 **No. 3 (WangHu2025)** 通过法定代表人姓名拼音 ("王虎" → "WangHu") 与注册主体建立了可服务身份链, 余三者无任何可在工商注册系统中执行的检索锚点.

*1. Missing name completeness. All four defendants' platform identifiers fail the four-element SAMR structure. Only No. 3 (WangHu2025) establishes a serviceable identity link to a registered entity through the legal representative's pinyin (王虎 → "WangHu"); the other three provide no searchable anchor executable in the business-registry system.*

**2. 跨省双重/三省错位地址登记:** Nos. 7、9、12 同一 Amazon seller_id 在 Sheet 2 中跨省申报多个完全不同性质的地址 (No. 7: 福建+湖北+注册名含广东; No. 9: 湖北+广东; No. 12: 深圳+武汉, 且 Tianyancha 命中栋号与披露栋号不一致). 跨省错位地址至少其中一处不可能是真实经营所在地, 系 Article 1 "地址不明" 的强事实信号.

*2. Cross-province, double / three-province mismatched address registration. For Nos. 7, 9, and 12, a single Amazon seller_id declared multiple addresses of entirely different character across provinces in Sheet 2 (No. 7: Fujian + Hubei + a Guangdong registration name; No. 9: Hubei + Guangdong; No. 12: Shenzhen + Wuhan, with the Tianyancha-matched building number inconsistent with the disclosed one). At least one of these addresses cannot be a genuine place of business — a strong "unknown address" signal under Article 1.*

**3. 集群注册 / 虚拟办公样态 (经 Tianyancha + 地图双重独立确认):** No. 9 申报楼层即 "西加总部经济园" 共享办公园区 (百度独立确认; Tianyancha 在该 5 位工位号下无任何登记主体); No. 12 申报 "1603T39" 子号未被百度索引, 系虚拟信箱子单元, 唯一同音命中主体已注销; No. 7 申报 "正荣财富中心 D 栋 2975" 4 位数字子号系疑似虚拟单元, 同建筑内 No. 8 申报不存在的 N 座. 集群注册地址即便在工商系统中出现, 亦不能正当作为可服务的实际经营场所.

*3. Cluster-registration / virtual-office pattern (independently confirmed by both Tianyancha and the maps). No. 9's declared floor is the "Xijia Headquarters Economic Park" shared-office park (Baidu-*

*confirmed; Tianyancha shows no entity under the five-digit workstation); No. 12's "1603T39" is an unindexed virtual-mailbox sub-unit, and its sole homophonic entity is cancelled; No. 7's "Block D, Unit 2975" is a likely-virtual four-digit sub-unit, and No. 8's Block N in the same building does not exist. A cluster-registration address, even where it appears in the registry, cannot legitimately serve as a serviceable place of business.*

**4. 平台标识符性质判断:** No. 3 通过法人姓名建立身份链, 是 Tier 2 候选; No. 12 系任意英文命名, 唯一同音命中实体已注销; No. 7 与 No. 9 系商品/品类描述, 均不符合 SAMR 字号规范, 不构成已注册经营主体的简称.

*4. Characterization of the platform identifiers. No. 3 establishes an identity link through the legal representative and is a Tier 2 candidate; No. 12 is an arbitrary English name whose sole homophonic hit is cancelled; Nos. 7 and 9 are product/category descriptions that do not conform to SAMR conventions and are not abbreviations of any registered operating entity.*

**5. 同音异字命名规避 (shell-company evasion):** No. 12 之 Sheet 2 注册商家名拼音对应 "智畅行", Tianyancha 命中之同音字号为 "志昌行" — 不同汉字, 不同实体, 命中实体已注销. 此为典型 shell-company 命名规避样态, 在 Schedule A 案件中反复出现 (参见 Hayward 案 Def #1 / Fawcett 案 Def #16).

*5. Homophonic naming evasion (shell-company evasion). No. 12's Sheet 2 merchant name corresponds in pinyin to 智畅行, while the homophonic trade name found on Tianyancha is 志昌行 — different characters, a different (cancelled) entity. This shell-company naming-evasion pattern recurs in Schedule A cases (see Hayward, Def. #1; Fawcett, Def. #16).*