# EXHIBIT C

1

# EXHIBIT C

## Map-Verification Report

**Defendants 1, 2, 4, 5, 6, 8, 11, 16, 19** | June 23, 2026
**Declaration of Yanling Jiang**

---

# Zirinis Case — Map-Verification Report

**Case:** Zirinis v. The Partnerships, N.D. Ill., Case No. 1:25-cv-13922
**Investigation by:** JiangIP LLC
**Date:** June 23, 2026
**Scope:** Baidu Maps (百度地图), Amap (高德地图), and Didi (滴滴 ride-hail feasibility) verification of platform-disclosed addresses for nine PRC defendants (Nos. 1, 2, 4, 5, 6, 8, 11, 16, 19). The map finding is itself the load-bearing piece of the address-unknown record for each of these defendants; Tianyancha registry runs for all 13 active PRC defendants were completed by the China associate on 2026-06-23 — the registry findings for Nos. 3, 7, 9, 12 are presented in full in Exhibit B; the registry findings for the nine map-led defendants here are folded into a "Registry corroboration" sub-section at the end of each defendant's entry below.

---

## Defendant No. 1 — LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi (Amazon)

**Address tested:** 山东省临沂市兰山区蒙山大道 美多大厦 1113 室, 276700

(Room 1113, Meiduo Building, Mengshan Avenue, Lanshan District, Linyi, Shandong 276700)

### Baidu Maps (百度地图)

- 城市/区 (city / district): **yes** — 临沂市兰山区 resolves
- 道路 (road — Mengshan Ave. / 蒙山大道): **yes** — Mengshan Avenue itself resolves in Lanshan District
- 建筑 ("美多大厦" / Meiduo Building on Mengshan Ave.): **no** — *"兰山区只能定位到一个名字相似的建筑，叫美多国际大厦，它在聚财路与琅琊王路教会南200 米路西，不在蒙山大道，与提供地址不符" — only a similarly-named building, "美多国际大厦" (Meiduo International Mansion), can be located; it sits 200 meters south of the Jucai Rd. / Langyawang Rd. church, on a different street; not on Mengshan Avenue; does not match the provided address*
- 具体单元 ("1113 室"): **n/a** — the building itself does not exist on the pleaded street, so the unit cannot be reached

- 备注 (notes): 经典 "named-building / wrong-street" 错位 — a near-identical building name exists in the same district but on an unrelated street; mailing to "Mengshan Avenue, Meiduo Building" would not be deliverable on its face

**Amap / Gaode (高德地图)**

- Same outcome as Baidu — only "美多国际大厦" at the Jucai/Langyawang area; nothing matching "美多大厦" on Mengshan Avenue. 无法送达 (cannot deliver).

**Didi (滴滴)**

- Same outcome — cannot dispatch; address does not match the named-similar building's actual coordinates.

**结论 (Conclusion)**

All three Chinese mapping platforms — Baidu, Amap, and Didi — return the same result: the building named "Meiduo Building" (美多大厦) does not exist on Mengshan Avenue (蒙山大道) in Lanshan District, Linyi. A different building with a closely similar name — "Meiduo International Mansion" (美多国际大厦) — exists in the same district but on entirely different streets (Jucai Road / Langyawang Road, 200m south of the church on the west side). Mail addressed to "Room 1113, Meiduo Building, Mengshan Avenue, Lanshan District, Linyi" would not be deliverable: the building does not exist at that street. This is a textbook named-building / wrong-street pathology; the address is unknown for Hague Article 1 purposes.

**Registry corroboration (Tianyancha, 2026-06-23)**

Tianyancha returns **no exact-match registered entity** under the storefront name "临沂宇坤企业管理信息咨询有限公司"; database has multiple unrelated "临沂宇坤" entities (临沂宇坤精工机械有限公司; 临沂宇坤防水工程有限公司; 临沂宇坤汽车用品有限公司), none of which match the storefront's industry-descriptor (企业管理信息咨询) or organizational form combination. No registered entity surfaced at the platform-disclosed address (蒙山大道美多大厦 1113 室). Negative registry result corroborates the map-level address-unknown finding.

---

## Defendant No. 2 — WangBin75 (Amazon)

**Address tested:** 天河区 马蹄岗二巷 10 号 201 房, 广州市 广东省 510599

(Room 201, No. 10, Lane 2, Matigang, Tianhe District, Guangzhou, Guangdong 510599)

**Sheet 2 additional addresses for the same seller_id (A3TM9CYYZBH63G):**

- 黄联关镇 鹿马村 9 组 16 号, 西昌市 四川省 (Xichang City, Sichuan)
- 渝中区八一路 108 号 金渝大厦 1704, 重庆市 (Yuzhong District, Chongqing)

**Baidu Maps (百度地图)**

- 城市/区: **yes** — 广州市天河区 resolves

3

- 街/巷 (Matigang / 马蹄岗): **yes** — Matigang itself resolves; Lanes 1, 2, and 3 exist
- 具体门牌 ("二巷 10 号" — Lane 2, No. 10): **no** — *"马蹄岗一巷15 号，25 号，三巷10 号，或二巷1 号，5 号，28 号，但没有二巷10 号"* — only Lane 1 Nos. 15 and 25, or Lane 3 No. 10, or Lane 2 Nos. 1, 5, and 28 can be located; No. 10 of Lane 2 does not exist
- 具体单元 ("201 房"): **n/a** — the house number does not exist
- 备注: 门牌级 ghost (street and lane resolve; the specific house number on the pleaded lane is absent from the address index)

**Amap / Gaode (高德地图)**

- Same outcome as Baidu — Lanes 1/2/3 of Matigang index normally; **No. 10 of Lane 2 is not present** in the address database.

**Didi (滴滴)**

- "可以定位到马蹄岗二巷 10 号" — Didi *can* dispatch to a coordinate it labels "Lane 2, No. 10." This appears to be coordinate-rounding rather than verification of the house number; Amap/Baidu both confirm the house number is not indexed. Soft conflict; Didi's resolution does not confirm the address as a serviceable physical location.

**结论 (Conclusion)**

Baidu and Amap — the two Chinese platforms with house-number-granular address indexes — independently confirm that **No. 10 of Lane 2, Matigang (马蹄岗二巷 10 号) does not exist**; the address index returns Nos. 1, 5, and 28 of Lane 2 plus several other numbers on Lanes 1 and 3, but not the pleaded house number. Didi (a ride-hail feasibility tool, not an address verifier) returns a coordinate it labels with the pleaded text, but ride-hail dispatch ordinarily rounds to the nearest indexed point and does not confirm the lane/number specification. Layered on top, Sheet 2 carries two further distinct addresses for the same Amazon seller_id — one in Xichang, Sichuan, and one in Yuzhong, Chongqing — three provinces in total. The address is unknown for Hague Article 1 purposes both because the pleaded house number does not exist and because the same seller_id is contemporaneously registered on Amazon to two further premises in different provinces.

**Registry corroboration (Tianyancha, 2026-06-23)**

Tianyancha returns a match on the Sheet 2 registered merchant name "广州贵高商贸有限公司" (USCC **91440101MA9UM8B45H**, 法人 **孔春鹰**, 注册资本 100 万人民币), **but the entity is 注销 (cancelled / deregistered as of 2020-06-11)** — same date as establishment, suggesting a short-lived shell registration. Registered seat: **黄埔区南湾社区南基天罡巷 7 号 (自主申报/self-declared)** — a **different administrative district** (Huangpu) from the platform-disclosed Tianhe address (天河区马蹄岗二巷 10 号 201 房). Neither the Xichang nor the Chongqing Sheet 2 alternates appears as a registered seat for this entity. The registry record corroborates the map finding (no serviceable address at the platform-disclosed Tianhe location) and adds a second pathology layer (cancelled-shell at self-declared address in a different district).

## Defendant No. 4 — yiwushiyankuaidianzishangwuyouxiangongsi (Amazon)

**Address tested:** 平陆县 圣人涧镇职业中学斜对面往北 100 米, 运城市 山西 044300 ("100 meters north of the diagonal opposite of Shengrenjian Town Vocational Middle School," Pinglu County, Yuncheng City, Shanxi 044300)

**Sheet 2 additional address for the same seller_id (A31M8C530XB2J3):**

- 灵溪镇上垟庄小区 2-12 懂二单元 601 室, 温州市 浙江 (Lingxi Town, Wenzhou, Zhejiang — different province)

**Baidu Maps (百度地图)**

- 城市/县: **yes** — 山西运城市平陆县 resolves
- 镇 (圣人涧镇 / Shengrenjian Town): **yes** — Shengrenjian Town itself resolves as a town of Pinglu County
- 学校 (referent landmark — "圣人涧镇职业中学" / Shengrenjian Town Vocational Middle School): **no** — *"该地区没有叫做圣人涧镇职业中学的学校" — no school by that name exists in this area; the referent landmark is absent*
- 具体地点 ("斜对面往北 100 米" — 100m north of the diagonal opposite of the school): **n/a** — the landmark anchor does not exist, so the relative reference cannot resolve
- 备注: 经典 "landmark referent does not exist" 样态 — the pleaded address is constructed entirely as a relative reference to a school that is not present in the area's address data; cannot be mailed on its face

**Amap / Gaode (高德地图)**

- Same outcome — *该地区没有叫做圣人涧镇职业中学的学校*; the referent school is absent from Amap's index of educational institutions in Pinglu County / Shengrenjian Town.

**Didi (滴滴)**

- Same outcome — cannot dispatch; the referent landmark does not exist.

**结论 (Conclusion)**

The pleaded address is a landmark-relative reference ("100 meters north of the diagonal opposite of Shengrenjian Town Vocational Middle School") with no independent street, house number, or unit specification. All three Chinese mapping platforms — Baidu, Amap, and Didi — confirm that **the referent school does not exist** in Pinglu County or Shengrenjian Town. The address is unmailable on its face: there is no point of reference from which the "100 meters north" / "diagonal opposite" relations could resolve. Sheet 2 further carries a Zhejiang (Wenzhou) apartment address for the same Amazon seller_id, an entirely different province from the Shanxi storefront. The Shanxi address is unknown for Hague Article 1 purposes.

**Registry corroboration (Tianyancha, 2026-06-23)**

Tianyancha returns **no exact-match registered entity** under storefront name "yiwushiyankuaidianzishangwuyouxiangongsi" or under Sheet 2 merchant name "运城市民生商贸有限公司". Database has multiple unrelated "运城市民生" entities (运城市民生燃气技术服务有限公司; 运城市民生美装燃气有限公司; 运城市民生天然气安装有限公司), all gas-services industry, none in "商贸" (trading) industry form. No registered seat found at either the Shanxi landmark or the Zhejiang Wenzhou alternate. Negative registry result corroborates the map-level address-unknown finding.

---

# Defendant No. 5 — zzhir (Amazon)

**Address tested:** 木渎镇 金枫南路 9 号 5 幢 205 室 206 室 042 工位, 吴中区 苏州市 215128 (Workstation 042, Rms. 205 & 206, Building 5, No. 9 Jinfeng South Rd., Mudu Town, Wuzhong District, Suzhou, Jiangsu 215128)

**Sheet 2 additional address for the same seller_id (A3KM607LKVYNPB):**

- 浙江省温州市瑞安市飞云街道海景壹号 10-2-901 (Ruian, Wenzhou, Zhejiang — different province)

**Baidu Maps (百度地图)**

- 城市/区: **yes** — but with district challenge (see Didi below)
- 道路 (Jinfeng South Rd. / 金枫南路): **yes** — resolves
- 建筑 ("9 号 5 幢" / No. 9, Building 5 — "金枫国际"): **yes** — resolves to Building 5, Jinfeng Guoji (Jinfeng International), No. 9 Jinfeng South Rd.
- 房号 ("205 室 206 室"): **yes** — Baidu indexes the rooms at this building down to workstation granularity
- 具体工位 ("042 工位" / Workstation 042): **no** — *"搜索结果中只有木渎镇金枫南路 9 号 5 幢 205 室 206 室 158 和 044 工位，当时没有 042 工位，无法送达" — search results show Workstations 158 and 044 at Rms 205 & 206 of Building 5; Workstation 042 does not exist at this address; delivery cannot be completed*
- 备注: workstation-granular ghost. Baidu indexes the room down to numbered workstations and confirms 158 and 044 exist but **042 does not**. The room is a registry-broker / shared workstation floor where each numbered cell is rented to a different registrant — "042" is either fabricated or vacated.

**Amap / Gaode (高德地图)**

- Resolves only at the building level — "只能定位到木渎镇金枫南路 9 号金枫国际 5 幢" (only Building 5 of Jinfeng International resolves). No independent verification of any specific workstation.

**Didi (滴滴)**

- *"搜索结果显示木渎镇金枫南路9号金枫国际5幢在虎丘区而不是吴中区，地址错误，无法送达" — Building 5 of Jinfeng International at No. 9 Jinfeng South Road is in Huqiu District, not Wuzhong District; the address information is incorrect; cannot dispatch.*
- 备注: Defendant pleaded the wrong district. Independent district-level error on top of the workstation-level ghost.

## 结论 (Conclusion)

Baidu indexes No. 9 Jinfeng South Road, Building 5, Rooms 205 & 206 down to numbered workstations and **confirms Workstation 042 does not exist** there — only Workstations 158 and 044 are present. Didi independently confirms that the building is in **Huqiu District**, not Wuzhong District as pleaded; the defendant's district designation is wrong. The "workstation" format is itself a classic Chinese registry-broker pattern (a single floor of an office building subdivided into many numbered workstation cells rented out as registered business addresses) — the workstation-level numbering visible to Baidu confirms that posture. Sheet 2 also carries a Wenzhou, Zhejiang apartment address (10-2-901) for the same Amazon seller_id, a different province from the Suzhou storefront. The address is unknown for Hague Article 1 purposes; further, even if a Tianyancha registry entry corresponds to this workstation, the workstation is a virtual / program-broker registration cell and does not identify a serviceable physical location.

### Registry corroboration (Tianyancha, 2026-06-23)

Tianyancha returns an active entity that the registry **explicitly identifies as cluster-registered** at this address: **苏州城之舟建筑工程有限公司** (USCC **91320505MA23ER9943**, 法人 **施仲秀**, 在业/operating, est. 2020-11-30, 100万人民币). Registered address: **苏州市吴中区木渎镇金枫南路9号5幢205室、206室（042工位）（集群登记）** — i.e., the registry record itself appends the literal notation "(集群登记)" / "cluster registration" to the workstation address, confirming the registry-broker / virtual-workstation pathology that the map verification independently surfaced. The entity is further tagged in Tianyancha as **被执行人 / 司法案件** (judgment debtor with judicial cases), reinforcing the shell-company pattern. The registered name "城之舟" is a pinyin homophone of the storefront-implied "成之洲" — same pinyin, different characters — a common shell-naming evasion. The registry record corroborates the map finding and adds an authoritative registry-level confirmation of the cluster-registration pathology.

---

## Defendant No. 6 — 淮音商贸行 (Huaiyin Trading) (Amazon)

**Address tested:** 林州市龙山街道西街红绿灯 向东200米路南101号, 安阳市 河南省 456500
("No. 101 south side of the road, 200 meters east of the West Street traffic light, Longshan Subdistrict, Linzhou, Anyang, Henan 456500")

**Sheet 2 additional address for the same seller_id (AEN6PHU660H14):**

- 叠石桥 叠林路 3 号, 南通市 江苏 (Nantong, Jiangsu — different province)

**Sheet 2 registered merchant name:** linzhoushijiachengzhiyejinengpeixunyouxiangongsi

**Baidu Maps (百度地图)**

- 城市/区: **yes** — 安阳市林州市 resolves
- 街道 (Longshan Sub-dist. / 龙山街道, West St. / 西街): **yes** — Longshan Subdistrict and West Street resolve
- 具体地点 ("红绿灯向东 200 米路南 101 号" — the landmark referent): **resolves to a different occupant** — *"搜索结果显示林州市龙山街道西街红绿灯向东200 米路南，是林州市科鑫机械配件有限公司，有所提供信息不是一家公司，地址错误" — the location at "200 meters east of the West Street traffic light, south side of the road" is 林州市科鑫机械配件有限公司 (Linzhou Kexin Machinery Parts Co., Ltd.) — a different registered company; the information you provided does not match this company; the address is incorrect*
- 备注: 极强信号 — 地址地理上真实存在, 但归属于另一家工商主体. *The address physically exists but is occupied by a different registered company that is not the defendant.*

**Amap / Gaode (高德地图)**

- Same outcome as Baidu — the landmark referent resolves to Linzhou Kexin Machinery Parts Co., Ltd., not to defendant.

**Didi (滴滴)**

- "最多只能定位到龙山街道" — can only resolve to the subdistrict level; area too broad for delivery.

**结论 (Conclusion)**

Baidu and Amap each confirm that the landmark-relative location pleaded by defendant ("200 meters east of the West Street traffic light, south side of the road, No. 101") resolves to a **different registered business — 林州市科鑫机械配件有限公司 (Linzhou Kexin Machinery Parts Co., Ltd.)**. The address is a real place on the ground, but it is occupied by an unrelated company — defendant cannot be served there. Didi can only resolve to Longshan Subdistrict at large (area-only). Sheet 2 layers a Nantong, Jiangsu address for the same Amazon seller_id, a different province from the Henan storefront. Defendant 淮音商贸行 (Huaiyin Trading) is registered under a Chinese "trading" sole-proprietor trade-name form without any SAMR-administrative-region prefix, and the Sheet 2 registered merchant name "linzhoushijiachengzhiyejinengpeixunyouxiangongsi" does not match the storefront. The address is unknown for Hague Article 1 purposes; the storefront landmark referent identifies a third party, not defendant.

8

**Registry corroboration (Tianyancha, 2026-06-23)**

Tianyancha returns a match on the Sheet 2 merchant name: **林州市嘉诚职业技能培训有限公司** (USCC **91410581MAE2EQG54U**, 法人 **郑广庆**, 存续/Active, 自然人独资/single-natural-person LLC, 注册资本 10 万人民币, est. **2024-10-09** — a very recent shell registration). Registered seat: 河南省安阳市林州市龙山街道西街红绿灯向东 200 米路南 101 号 — exactly the platform-disclosed landmark address. Industry descriptor is **职业技能培训** (vocational-skills training), not **商贸** (trading) — name and industry mismatch with the storefront "淮音商贸行". The map-indexed "林州市科鑫机械配件" is a separate registered business that Baidu/Amap geocoded to as the nearest indexed POI; the actual SAMR-registered occupant at the landmark is 嘉诚职业技能培训, which is itself name/industry/recent-shell-mismatch with the storefront. Either way, the storefront defendant 淮音商贸行 does not correspond to any registered occupant at this address. Sheet 2 Nantong cross-province alternate not found as registered seat. Registry record corroborates the map-level address-unknown finding and adds a recent-shell-mismatch pathology layer.

---

## Defendant No. 8 — dongguanshiyitefangzhipinyouxiangongsi (Amazon)

**Address tested:** 正荣财富 N 座 11-12 号, 莆田市 荔城区 福建省 351100
(Units 11-12, Block N, Zhengrong Fortune Center, Licheng District, Putian, Fujian 351100)

**Sheet 2 additional addresses for the same seller_id (A2BKGVTOTOFKKZ):**

- 上片朝西广 101 号 箬横镇坭屋村, 台州市 浙江 (Ruoheng Town, Taizhou, Zhejiang)
- 二环北路长塘公寓 218 号 黄岩区北城街道, 台州市 浙江 (Huangyan District, Taizhou, Zhejiang)

**Baidu Maps (百度地图)**

- 城市/区: **yes** — 莆田市荔城区 resolves
- 楼宇综合体 ("正荣财富" / Zhengrong Fortune Center): **yes** — the center itself resolves at building level
- 具体楼栋 ("N 座" / Block N): **no** — *"正荣财富中心没有 N 座，无法送达" — Zhengrong Fortune Center does not have a Block N; delivery cannot be completed*
- 具体单元 ("11-12 号"): **n/a** — the block does not exist, so the units cannot be reached
- 备注: Block-level ghost at a real, mapped commercial complex. Compare Defendant 7 (separately treated in Exhibit B), who pleaded **Block D** at the same Zhengrong Fortune Center — Block D *does* resolve in Baidu. **Block N is fabricated; Block D is real.** Two Schedule A defendants in this matter pleading the same building suggests that center is a repeat Schedule A registration nexus.

**Amap / Gaode (高德地图)**

- Same outcome — *正荣财富中心没有 N 座*; Block N is not indexed at the center. 无法送达.

**Didi (滴滴)**

- Same outcome — cannot dispatch to a Block N that does not exist.

**结论 (Conclusion)**

All three Chinese mapping platforms — Baidu, Amap, and Didi — independently confirm that **Block N of Zhengrong Fortune Center does not exist**. The building complex itself is real and mapped (Defendant 7 in this same matter pleads Block D at the same complex, and Block D does resolve), but **the specific block pleaded by Defendant 8 — Block N — is not a block of the building**. The address is unmailable on its face. Sheet 2 layers two further Taizhou, Zhejiang addresses for the same Amazon seller_id, both in a province different from the Fujian storefront; the defendant name itself claims a Dongguan (Guangdong) origin (Defendant name "dongguanshi..." = "Dongguan City") — none of the three pleaded addresses are in Guangdong. The address is unknown for Hague Article 1 purposes; the ghost block is a textbook *Fox Head* "address not legitimate" finding for purposes of Judge Gettleman's address-unknown sworn-not-legitimate standard.

**Registry corroboration (Tianyancha, 2026-06-23)**

Tianyancha returns **no exact-match registered entity** under the storefront name "东莞市依特纺织品有限公司". Database contains unrelated "东莞市依特" entities (东莞市依特璐织造有限公司 — **注销**/cancelled; 东莞市依特丽服饰有限公司 — 存续), each in a different industry-descriptor form (织造/织品 织造 vs. 纺织品 vs. 服饰) and unconnected to the platform-disclosed defendant. No registered seat found at any of the three pleaded addresses (Putian Block N; Taizhou Ruoheng; Taizhou Huangyan). Negative registry result corroborates the map-level GHOST finding.

---

## Defendant No. 11 — WuAnShiJunHaoJianZhuYouXianGongSi (Amazon)

**Address tested:** 武安市西土山镇 西湖村村东 100 米, 邯郸市 河北省 056000
("100 meters east of Xihu Village, Xitushan Town, Wu'an City, Handan, Hebei 056000")

**Sheet 2 additional address for the same seller_id (A2QV09TC2G35XV):**

- 夏邑县 中峰乡朱营村二队 239 号, 商丘市 河南 (Xiayi County, Shangqiu, Henan — different province)

**Baidu Maps (百度地图)**

- 城市/区: **yes** — 邯郸市武安市 resolves
- 镇 (Xitushan Town / 西土山镇): **yes** — resolves
- 村 (Xihu Village / 西湖村): **yes** — the village itself resolves at village polygon level
- 具体地点 ("村东 100 米" / 100 meters east of the village): **no** — *"最多只能定位到西湖村，没有与村东100 米匹配的地点，范围太大无法送达" — at most can resolve to Xihu*

*Village; no specific point matches "100 meters east of the village"; area too large for delivery*

- 备注: 经典 "village-east + relative-distance" 农村样态; no specific house number, no street address; cannot be mailed with precision

**Amap / Gaode (高德地图)**

- Same outcome — village resolves at polygon level; "100 meters east" does not specify any indexable point.

**Didi (滴滴)**

- Same outcome — cannot dispatch with precision to "100 meters east of the village."

### 结论 (Conclusion)

The pleaded Hebei address is landmark-relative at the village scale ("100 meters east of Xihu Village") with no specific house number, road, or unit designation. Baidu, Amap, and Didi all resolve only to the village polygon and cannot resolve any specific delivery point matching the relative-distance specification — area too large for accurate delivery. Sheet 2 layers a Henan village house-number address (No. 239, Team 2, Zhuying Village, Zhongfeng Township, Xiayi County) for the same Amazon seller_id — different province (Henan vs. Hebei storefront), and considerably more specific (house number with team designation). The Hebei address is unknown for Hague Article 1 purposes — area-only, with no point of sufficient specificity for service.

### Registry corroboration (Tianyancha, 2026-06-23)

Tianyancha returns **no exact-match registered entity** under the storefront name "武安市君昊建筑有限公司" (a 有限公司/limited-company form). **Close mismatch:** 武安市武安镇君昊电动车门市 (USCC **92130481MA0A3E3K3R**, 法人 **李刚**, 个体工商户/individual business, est. 2018-05-03) — registered seat **河北省邯郸市武安市武安镇同安街西**, business scope **电动三轮车销售** (electric tricycle sales). Severe mismatch on three SAMR vectors: organizational form (个体工商户 vs. 有限公司), industry descriptor (电动车 vs. 建筑/construction), and registered address (武安镇同安街西 vs. 西土山镇西湖村). Sheet 2 Henan alternate not found as registered seat. Registry record reinforces that the storefront name does not correspond to any registered legal entity at the platform-disclosed Hebei area.

---

## Defendant No. 16 — shenzhenshiwokeyingkejiyouxiangongsi (Amazon)

**Address tested:** 福强社区华发北路 5 号龙胜手机市场 2 层北区 2K26, 深圳市 福田区华强北街道 广东省 518000
(Stall 2K26, North Area, 2nd Floor, Longsheng Mobile Phone Market, No. 5 Huafa North Rd., Fuqiang Community, Huaqiangbei Sub-dist., Futian, Shenzhen 518000)

### Baidu Maps (百度地图)

- 城市/区: **yes** — 深圳市福田区华强北街道 resolves
- 道路 (Huafa N. Rd. / 华发北路): **yes** — resolves
- 楼宇 ("龙胜手机市场" / Longsheng Mobile Phone Market): **yes** — the market itself resolves (a major commercial complex in central Huaqiangbei)
- 楼层 (2 楼北区 / 2nd Floor North Area): **yes** — Baidu indexes the market down to floor and area
- 具体档口 ("2K26" / Stall 2K26): **no** — *"只有福强社区华发北路5 号龙胜手机市场2 层北区2K31，没有2K26" — only Stall 2K31 is present at the same row/column of the 2nd Floor North Area; Stall 2K26 does not exist*
- 备注: 极强信号 — 档口级 ghost. 龙胜手机市场 is one of the major mobile-phone wholesale markets at Huaqiangbei (one of the world's largest electronics-market districts); Baidu indexes the market down to the **individual stall code level**, and the specific stall "2K26" is absent from the floor index while "2K31" — same row, immediately adjacent — is present. The stall has either never existed or has been retired.

### Amap / Gaode (高德地图)

- *搜索结果里没有福强社区华发北路5 号龙胜手机市场2 层北区2K26* — Amap likewise does not return Stall 2K26 in its index of the market.

### Didi (滴滴)

- "只能定位到龙胜配件城，范围太大无法送达" — Didi can only resolve to "Longsheng Accessories Market" (a different but adjacent commercial unit at Huaqiangbei); area too broad for delivery to the stall level.

### 结论 (Conclusion)

Baidu indexes Longsheng Mobile Phone Market down to individual stall codes and **confirms Stall 2K26 does not exist** in the 2nd Floor North Area; only Stall 2K31 — at the same row/column position — is present. Amap independently confirms the absence of Stall 2K26 from its index of the market. Didi can resolve only to the larger market area. The market complex itself is real and well-mapped (Huaqiangbei is one of the world's largest electronics-market districts and the floor-and-stall-level indexing on Baidu is reliable), so the absence of the pleaded stall is dispositive. Sheet 2 confirms no alternate addresses for this seller_id. This is the cleanest stall-level ghost in the Schedule A set: a real, granularly-mapped market complex where independent map data confirms the pleaded stall does not exist. The address is unknown for Hague Article 1 purposes and satisfies the *Fox Head* "address not legitimate" standard.

### Registry corroboration (Tianyancha, 2026-06-23)

Tianyancha returns **no exact-match registered entity** under the storefront name "深圳市沃科应科技有限公司". Database contains multiple phonetic-shell entities sharing the pinyin "沃科应"/"Woke ying" but with different characters and different legal-persons: 深圳市沃可赢科技有

限公司 (USCC 91440300MADFJCMT8M, 法人 金欣欣, est. 2024-03-21); 深圳市沃可盈科技有限公司 (USCC 91440300MADLETKQ52, 法人 赵耿明, est. 2024-06-04); 深圳市沃克映贸易有限公司 (USCC 91440300MAK0PCA65E, 法人 任倩, est. 2025-11-04) — three separate entities, three different legal-persons, three different USCCs, all phonetic homophones of the storefront name. No entity matches the storefront character set, and none is registered to stall 2K26. The phonetic-shell pattern is a classic shell-company evasion signal. Registry record corroborates the map-level GHOST finding.

---

## Defendant No. 19 — xiangyangshiwutingshangmaoyouxiangongsi6677 (Amazon)

**Address tested:** 市中区 和邦小区, 乐山市 四川 614000
(Hebang Residential Community, Shizhong District, Leshan, Sichuan 614000)

**Baidu Maps (百度地图)**

- 城市/区: **yes** — 乐山市市中区 resolves
- 小区 ("和邦小区" / Hebang Residential Community): **yes** — Hebang Xiaoqu resolves as a residential community polygon
- 具体楼栋 (building): **n/a** — not pleaded
- 具体单元 (unit / room): **n/a** — not pleaded
- 备注: *"和邦小区是一个社区而不是具体的地址，范围太大，无法准确送达" — Hebang Xiaoqu is a residential community, not a specific address; the area is too large to ensure accurate delivery.* No building, no unit, no room number on the pleading.

**Amap / Gaode (高德地图)**

- Same outcome — community resolves; no specific point.

**Didi (滴滴)**

- Same outcome — community polygon only; cannot dispatch with precision.

**结论 (Conclusion)**

The pleaded address names only a residential community ("和邦小区" / Hebang Xiaoqu) in Shizhong District, Leshan City, Sichuan — with no building, unit, or room number. Baidu, Amap, and Didi all resolve to the community polygon and stop there; the area is too large to identify any specific occupant for service. Sheet 2 carries no more specific address for the same seller_id across multiple rows. The defendant name claims Xiangyang (Hubei) origin while the address is in Leshan (Sichuan) — name/address geographic mismatch.

**Registry corroboration (Tianyancha, 2026-06-23)**

Tianyancha returns a **phonetic-homophone match** (different characters, same pinyin "Wu Ting"): **襄阳市雾挺商贸有限公司** (USCC **91420600MACWAU8PXT**, 法人 **朱滢珊**, 存

续/Active, 自然人独资/single-natural-person LLC, 注册资本 20 万人民币, est. **2023-09-14**). Storefront uses characters "五亭" (Wǔ Tíng); Tianyancha hit uses "雾挺" (Wù Tǐng) — same pinyin, different characters, a classic shell-naming evasion. Registered seat: **湖北省襄阳高新技术开发区团山镇追日路 9 号汉北工业园 3 栋 2 楼 103（住所申报/declared residence）** — in **Xiangyang** (Hubei), **not** the pled Leshan (Sichuan). Name component analysis: defendant name claims Xiangyang and the registered entity is in Xiangyang — name and registry agree on city — but **neither the storefront characters nor the registered city matches the pleaded address** (Leshan). The Leshan address has no registered occupant matching the defendant. Recent (2023) single-natural-person LLC at a declared-residence (住所申报) inside an industrial park reinforces the shell-registration pattern. Sheet 2 alternate also Leshan-only — also no matching registered seat. The address-unknown finding at Leshan is confirmed; the Xiangyang registry seat is a separate (and distinct) name/address mismatch with the platform-disclosed address.