# EXHIBIT D
# Per-Defendant Index

## EXHIBIT D — Per-Defendant Index

Zirinis v. The Partnerships, No. 1:25-cv-13922 (N.D. Ill., Gettleman) — to the Declaration of Yanling Jiang

Investigation by JiangIP LLC (Yanling Jiang) · Capture date: June 23, 2026

---

**No. 1 — LinYiYuKunQiYeGuanLiXinXiZiXunYouXianGongSi (Amazon).**

*Stated address:* 山东省临沂市兰山区蒙山大道美多大厦1113室, 276700, CN.

*Result:* Mengshan Avenue address not matched on Amap/Baidu/Didi; only a differently-named building ("美多国际大厦") resolves, on a different street. Named-building / wrong-street mismatch; no matching registered entity.

**No. 2 — WangBin75 (Amazon).**

*Stated address:* 广州市天河区马蹄岗二巷10号201房, 510599, CN.

*Result:* Lane 2, No. 10 does not exist on Amap/Baidu; Sheet 2 carries two further distinct provinces. Tianyancha entity 广州贵高商贸有限公司 is cancelled (2020) at a self-declared address in a different district.

**No. 3 — WangHu2025 (Amazon). — ADDRESS KNOWN; HAGUE APPLIES.**

*Stated address:* 山西省太原市小店区龙堡街富力金禧城A3栋商铺201, 030000, CN.

*Result:* Address VERIFIES. Building A3 resolves cleanly on all three maps. Tianyancha active entity 太原富达科贸有限公司 (USCC 91140105MA0M21G029, legal rep 王虎) is registered at this exact address; storefront pinyin "WangHu" matches the legal representative. Not part of the email-service group.

**No. 4 — yiwushiyankuaidianzishangwuyouxiangongsi (Amazon).**

*Stated address:* 山西省运城市平陆县圣人涧镇职业中学斜对面往北100米, 044300, CN.

*Result:* The referenced landmark school does not exist ("该地区没有叫做圣人涧镇职业中学的学校"); landmark-only address with a non-existent anchor. Sheet 2 carries a Zhejiang address (cross-province). No matching registered entity.

**No. 5 — zzhir (Amazon).**

*Stated address:* 江苏省苏州市吴中区木渎镇金枫南路9号5幢205室206室042工位, 215128, CN.

*Result:* Baidu confirms Workstations 158 and 044 exist but Workstation 042 does not; Didi places the building in Huqiu (not Wuzhong) District. Tianyancha entity 苏州城之舟建筑工程有限公司 is a cluster-registration (集群登记) judgment-debtor shell.

### No. 6 — 淮音商贸行 (Huaiyin Trading) (Amazon).

*Stated address:* 河南省安阳市林州市龙山街道西街红绿灯向东200米路南101号, 456500, CN.

*Result:* The landmark resolves to a different registered occupant (林州市科鑫机械配件有限公司); Didi resolves only to the subdistrict. Sheet 2 carries a Jiangsu address (cross-province). Tianyancha registry hit (嘉诚职业技能培训) does not match the storefront name or industry.

### No. 7 — heyuanzhangmaifuzhuang (Amazon).

*Stated address:* 福建省莆田市荔城区镇海街道天妃路正荣财富中心D栋2975, 351100, CN.

*Result:* Block D of Zhengrong Fortune Center resolves at the building level, but Unit 2975 (a 4-digit sub-unit) is a likely virtual/secretarial subdivision not independently confirmed. Sheet 2 carries a Wuhan address (cross-province); no matching registered entity (three-province mismatch).

### No. 8 — dongguanshiyitefangzhipinyouxiangongsi (Amazon).

*Stated address:* 福建省莆田市荔城区正荣财富N座11-12号, 351100, CN.

*Result:* Zhengrong Fortune Center has no Block N ("正荣财富中心没有N座") on any of the three maps — the pled block is fictitious. Sheet 2 carries two Zhejiang addresses (cross-province). No matching registered entity.

### No. 9 — 室厨垫品 (Shi Chu Dian Pin) (Amazon).

*Stated address:* 湖北省十堰市郧西县城关镇合和路1号双子楼（科创大厦）东楼17楼1701室-10019工位, 442699, CN.

*Result:* The 17th floor is a shared-office park ("西加总部经济园"); the 5-digit "10019工位" is a bulk virtual workstation, not a serviceable location. Sheet 2 carries a Guangdong village address (cross-province). Registry hit (林建装饰服务部) is a different business form.

### No. 11 — WuAnShiJunHaoJianZhuYouXianGongSi (Amazon).

*Stated address:* 河北省邯郸市武安市西土山镇西湖村村东100米, 056000, CN.

*Result:* Resolves only to Xihu Village; no point matches "100m east of the village." Sheet 2 carries a Henan village house-number (cross-province). Tianyancha close match (君昊电动车门市) is a different business type at a different address.

### No. 12 — finesty (Amazon).

*Stated address:* 广东省深圳市福田区沙头街道天安社区泰然九路盛唐商务大厦东座1603T39, 518042, CN.

*Result:* Baidu indexes Suite 1603 but not sub-cell "T39" — a virtual letterbox. Sheet 2 carries a Wuhan address (cross-province). Tianyancha phonetic-homophone entity 武汉志昌行电子商务有限公司 is cancelled and at a different building block.

**No. 16 — shenzhenshiwokeyingkejiyouxiangongsi (Amazon).**

*Stated address:* 广东省深圳市福田区华强北街道福强社区华发北路5号龙胜手机市场2层北区2K26, 518000, CN.

*Result:* Baidu confirms only Stall 2K31 in that row — Stall 2K26 does not exist. Didi resolves only to the market (area-only). Multiple phonetic-shell entities exist but none matches the storefront name.

**No. 19 — xiangyangshiwutingshangmaoyouxiangongsi6677 (Amazon).**

*Stated address:* 四川省乐山市市中区和邦小区, 614000, CN.

*Result:* Hebang Xiaoqu is a residential community, "范围太大，无法准确送达" (too large for accurate delivery); no building or unit pled. Tianyancha phonetic-homophone entity 襄阳市雾挺商贸有限公司 is registered in a different province (Xiangyang) at a declared-residence address.

Defendants Nos. 1, 4, 7, and 8 returned negative Tianyancha results (no matching registered entity). Defendants Nos. 10, 13, 14, and 15 were dismissed, and Nos. 17 and 18 are Vietnam-resident defendants; those are not included here.