## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Theodoros Zirinis

                Plaintiff,

v.

The Partnerships and Unincorporated Associations
Identified on Schedule A, et al.

                Defendant.

Case No.:
1:25−cv−13922

Honorable Robert W.
Gettleman

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, August 3, 2026:

      MINUTE entry before the Honorable Robert W. Gettleman: The court has reviewed plaintiff's supplemental memorandum [Dkt. [40]]. The court finds that after conducting a reasonably diligent investigation, plaintiff has shown that the addresses of defendants 1, 2, 4, 5, 6, 7, 8, 9, 11, 12, 16, and 19 (as designated in plaintiff's Schedule A [Dkt. [2]]) are unknown. See Peanuts Worldwide LLC v. Partnerships, 347 F.R.D. 316, 328 (N.D. Ill. 2024); see also Smart Study Co. v. Acuteye−Us, 620 F. Supp. 3d 1382, 1391 (S.D.N.Y. 2022). Thus, the court finds that the Hague Convention does not apply to these defendants. See Hague Convention Article 1. Because the address of defendant 3 is known, plaintiff shall serve defendant 3 through the PRC Central Authority, in accordance with the provisions of the Hague Convention. Finally, as to defendants 17 and 18, who are based in Vietnam, plaintiffs shall serve defendants either through the designated Vietnamese central authority in accordance Hague Convention, or by registered mail with acknowledgement of receipt in accordance with Vietnam's declaration under Articles 10 and 21 of the Hague Convention. Motion for leave to file a supplemental memorandum in excess of page limitation [Dkt. [41]] is granted. The motion for default judgment [Dkt. [28]] is denied with leave to file a new motion for default judgment in accordance with this order. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.